UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LVNV FUNDING LLC,**

        **Plaintiff,**

v.

**JERRY JONES,**

        **Defendant.**

:
:
:

**Case No. 2:25-cv-802**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

LVNV Funding LLC originally filed this action against Jeremy Jones, proceeding *pro se,* in Fairfield County Municipal Court. (ECF No. 3.) Mr. Jones then filed his Notice of Removal[1] and sought leave to proceed *in forma pauperis*. (ECF No. 1.) This matter is before the Court on the Order and Report and Recommendation issued by the Magistrate Judge on July 23, 2025. (R&R, ECF No. 5.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge determined that removal is improper because the Court lacks subject matter jurisdiction. (*Id*.) Thus, the Magistrate Judge recommended for the Court to (a) dismiss and remand this case back to state court, (b) certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the R&R would not be in good faith, and (c) deny Mr. Jones's leave to file *in forma*

---

[1] Mr. Jones also filed a Notice of Record Alteration and Demand for Administrative Remedy (ECF No. 6.) The Notice is procedurally improper. Therefore, Mr. Jones's Notice is **STRICKEN**.

*pauperis*. (*Id*.) The time for filing objections has now passed and no objections were filed.

Accordingly, the Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Jones's Complaint is **DISMISSED**. This matter is hereby **REMANDED** in its entirety to the Fairfield County Municipal Court.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith, and Mr. Jones is **DENIED** leave to file *in forma pauperis*.

The Clerk is **DIRECTED** to terminate this case on the docket.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**